## BORN *v.* KING.

[No. 10,040.   Filed October 10, 1919.]

APPEAL.—*Review.—Verdict.—Conclusiveness.—Conflicting Evidence.* —A judgment based on conflicting evidence is conclusive on appeal.

From Marion Superior Court (104,511); *John J. Rochford,* Judge.

Action between Isaac Born and J. R. King. From a judgment for the latter, the former appeals. *Affirmed.*

*Ritchey & Cronk,* for appellant.
*Romney L. Willson* and *Russell Willson,* for appellee.

REMY, J.—The only questions which, under the rules of this court, are presented for our consideration, and which have not been waived by appellant, require for their determination a review of conflicting evidence. Under such circumstances, the judg-

ment of the trial court is conclusive, and on the authority of *Nicholson* v. *Smith* (1916), 60 Ind. App. 385, 110 N. E. 1007, the judgment is affirmed.